<pre>
 1
 2
 3
 4
 5
 6
 7
 8                          UNITED STATES DISTRICT COURT
 9                       FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   RONNIE McDANIEL,                        No.  2:18-cv-00945 KJM CKD (PS)
12                Plaintiff,
13        v.                                 ORDER AND
14   DONALD DOWLE, et al.,                   FINDINGS AND RECOMMENDATIONS
15                Defendants.
16
</pre>

17        Plaintiff, proceeding pro se, requests leave to proceed in forma pauperis. Since plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a), his request will be granted.

Plaintiff's complaint, filed April 17, 2018, names as defendants Donald Dowdle and Darryn Hinch. The court's own records reveal that on November 21, 2017, plaintiff filed a civil rights complaint containing similar allegations against defendants Dowdle, Hinch, and the Sun Herald News.[1] McDaniel v. Hinch, et al., No. 2:17-cv-02448 KJM CKD (E.D. Cal.). That case is still pending, with findings and recommendations to dismiss the complaint due to lack of jurisdiction issued on December 14, 2017. Due to the duplicative nature of the present action, the court will recommend that the complaint be dismissed.

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

In accordance with the above, IT IS HEREBY ORDERED that plaintiff's request to proceed in forma pauperis is granted.

In accordance with the above, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the District Judge assigned to this case pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: April 19, 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / mcdaniel1945.dupl